IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

MISC. NO. 1:05MC237

| | |
|---|---|
| JAMES E. McALPINE, )<br>)<br>Petitioner, )<br>)<br>Vs. )<br>)<br>THE UNITED STATES and )<br>CENTRAL CAROLINA BANK )<br>(SUNTRUST), )<br>)<br>Respondents. )<br>_____) | **O R D E R** |

**THIS MATTER** is before the Court on the Petitioner's motion for a new trial and to alter judgment.

On review of the Petitioner's filing, the Court finds it to be totally without merit and will be stricken as frivolous.

**IT IS, THEREFORE, ORDERED** that the Petitioner's motion is hereby **STRICKEN** as frivolous.

Signed: January 23, 2006

Lacy H. Thornburg
United States District Judge